IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELSA E. MARTINEZ,                    No. CIV S-07-1956-CMK

    Plaintiff,

  vs.                                          ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

        Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

        Plaintiff shall file her response on or before March 26, 2008.

        SO ORDERED.

DATED: February 28, 2008

        *Craig M. Kellison*
        _____
        **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE