ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

ELSA E. MARTINEZ,                               CASE NO. 2:07-CV-01956-CMK

                    Plaintiff,          **ORDER EXTENDING
                                        PLAINTIFF'S TIME TO RESPOND TO
vs.                                     DEFENDANT'S ANSWER**

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
_____/

        Pursuant to the stipulation of the parties showing good cause for a requested extension of

Plaintiff's time to respond to Defendant's Answer, the request is hereby APPROVED.

        Plaintiff shall file her response on or before April 25, 2008.

        SO ORDERED.


 DATED:  March 31, 2008


                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER