1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    AMITA BAMAN TRACY
4   Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8943
         Facsimile:  (415) 744-0134
7        E-Mail: amita.tracy@ssa.gov

8   Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12

13  ELSA MARTINEZ,                    )
                                      )        CIVIL NO. 2:07-CV-01956-CMK
14          Plaintiff,                )
                                      )
15               v.                   )        STIPULATION AND ORDER
                                      )
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18          Defendant.                )
    _____ )

19

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's

22  motion for summary judgment, due to a scheduling conflict arising from the large number of cases

23  which await briefing.  The current due date is June 6, 2008.  The new due date will be July 7, 2008.

24        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25

26

27

28

1

Respectfully submitted,

2

Dated: June 4, 2008

3

/s/ Ann M. Cerney
(As authorized via telephone)
ANN M. CERNEY
Attorney for Plaintiff

4

5

Dated: June 4, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

6

7

8

/s/ Amita Baman Tracy
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

9

10

Attorneys for Defendant

11

12

ORDER

13

APPROVED AND SO ORDERED.

14

15

DATED:  June 10, 2008

16

17

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28